MICHAEL BAILEY
United States Attorney
District of Arizona
CAITLIN NOEL
Assistant U.S. Attorney
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Caitlin.Noel@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY
JUL 1 6 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-0826-PHX-SRB |
| Plaintiff, | **INFORMATION** |
| vs. | **VIO:** 18 U.S.C. § 1542 (False Statement in Passport Application) |
| Wesley L. Montgomery, Jr., | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about May 7, 2018, in the District of Arizona, the defendant, WESLEY L. MONTGOMERY, JR., willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he had never applied for or been issued a United States passport book or passport card, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

Dated this 2nd day of July, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

CAITLIN NOEL
Assistant U.S. Attorney